**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA MONTGOMERY DIVISION**

| | | |
|---|---|---|
| **RUSSELL ALAN LASHLEY, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-00430-KFP** |
| | ) | |
| **CHS AL, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF LIMITED APPEARANCE**

Xeris E. Gregory, of the law firm of Polsinelli PC, hereby enters her limited appearance for CHS AL, LLC for purposes of filing a Suggestion of Bankruptcy, in the above-captioned matter.

Date: May 26, 2026

Respectfully submitted,

By: */s/ Xeris E. Gregory*

Xeris E. Gregory
**POLSINELLI PC**
2000 Southbridge Parkway, STE 301
Birmingham, AL 35209
xgregory@polsinelli.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Xeris E. Gregory*
Xeris E. Gregory