**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA MONTGOMERY DIVISION**

| | | |
|---|---|---|
| **RUSSELL ALAN LASHLEY, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-00430-KFP** |
| | ) | |
| **CHS AL, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## SUGGESTION OF BANKRUPTCY

PLEASE BE ADVISED that on May 8, 2026 (the "Petition Date"), the below-referenced debtors and debtors in possession (collectively, the "May 8th Debtors")[1] and on May 13, 2026, the below referenced debtors and debtors in possession (collectively, the May 13th Debtors")[2] filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"). The Debtors' chapter 11 cases (the "Chapter 11 Cases") are pending before The Honorable Judge Luis E. Rivera II, United States Bankruptcy Judge. The May 8th Debtors' cases are being jointly administered for procedural purposes only under the caption In re: CHS, FL, LLC et al., No. 26-01087.

PLEASE BE FURTHER ADVISED that the Debtors are authorized to continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The May 8th Debtors are (i) CHS FL, LLC; (ii) YesCare Corp.; (iii) CHS TX, Inc.; and (iv) CHS AL, LLC.

[2] The May 13th Debtors are CHS Care TX, LLC (26-01146), CHS Care NY, LLC (26-01145), and Corizon Health of New Mexico, LLC (Case No. 26-01144).

PLEASE BE FURTHER ADVISED pursuant to section 362(a) of the Bankruptcy Code, the automatic stay is in effect and has been since the Petition Date. The automatic stay prohibits and stays certain actions against the Debtors, including, subject to certain exceptions, the commencement or continuation of litigation that could have been or was commenced before the Petition Date. Actions taken in violation of the automatic stay, including, without limitation, exercising control of the Debtors' property or pursuing causes of action against the Debtors, without obtaining the necessary relief from the automatic stay from the Bankruptcy Court are void ab initio and may be subject to findings of contempt and the assessment of penalties and fines.

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Chapter 11 Cases may be obtained by reviewing the docket of the Chapter 11 Cases, available electronically at pacer.uscourts.gov (PACER login and password required) or free of charge by contacting Debtors' claims agent (Omni Agent Solutions, by emailing CHSInquiries@OmniAgnt.com or calling 888-892-8749 (for toll-free U.S. calls) or 818-581-2969 (for tolled international calls)), by visiting the website maintained by the Debtors' proposed claims agent (http://omniagentsolutions.com/CHS) or by contacting the proposed bankruptcy counsel for the Debtors: Polsinelli PC, 600 3rd Avenue, 42nd Floor, New York, New York 10016 (Attn: Jeremy R. Johnson, Esq) and 4020 Maple Avenue, Suite 300, Dallas, Texas 75219 (Attn: Trinitee G. Green).

Date: May 26, 2026

Respectfully submitted,

By: */s/ Xeris E. Gregory*

Xeris E. Gregory
**POLSINELLI PC**
2000 Southbridge Parkway, STE 301
Birmingham, AL 35209
xgregory@polsinelli.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Xeris E. Gregory*
Xeris E. Gregory