**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION**

| | | |
|---|---|---|
| **RUSSELL ALAN LASHLEY, JR.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHS AL, LLC D/B/A YESCARE, CORP.,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 2:25-cv-00430-KFP** |

**STATUS REPORT**

Pursuant to this Court's order filed on June 9, 2026, CHS AL, LLC ("**Defendant**" or "**CHS**"), submits the following Status Report:

1. On May 25, 2026, counsel to the Debtors (as defined below) filed a Suggestion of Bankruptcy informing the Court that Defendant and certain affiliated entities (collectively, the "**Debtors**")[1] had commenced chapter 11 cases under title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida (the "**Bankruptcy Court**").

2. The Debtors' chapter 11 cases (the "**Chapter 11 Cases**") are pending before the Honorable Luis E. Rivera II, United States Bankruptcy Judge. The Chapter 11 Cases are being jointly administered for procedural purposes only under the caption *In re CHS FL, LLC, et al.*, Case No. 2:26-bk-01087-FMR (the "**Lead Bankruptcy Case**").

3. On June 16, 2026, the Bankruptcy Court entered the *Agreed Order Granting Debtors' Expedited Motion For Order Establishing Bar Dates*, at Docket No. 240, in the Lead Bankruptcy Case. Pursuant to that Order, the General Bar Date for filing prepetition claims is

[1] The Debtors are (i) CHS FL, LLC; (ii) YesCare Corp.; (iii) CHS TX, Inc.; (iv) CHS AL, LLC; (v) CHS Care TX, LLC (26-01146), (vi) CHS Care NY, LLC (26-01145), and (vii) Corizon Health of New Mexico, LLC (Case No. 26-01144)

October 9, 2026, at 5:00 p.m. Eastern Time. The Governmental Bar Date is November 4, 2026 at 5:00 p.m. Eastern Time.

4. The Defendant continues to be a debtor in the Chapter 11 Cases, and as such is protected by the automatic stay under Bankruptcy Code section 362.

Date: July 6, 2026

Respectfully submitted,

By: */s/ Xeris E. Gregory*

Xeris E. Gregory
**POLSINELLI PC**
2000 Southbridge Parkway, STE 301
Birmingham, AL 35209
xgregory@polsinelli.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Xeris E. Gregory*
Xeris E. Gregory